# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| APRILLE ELKINGTON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 8:15-cv-01962-SDM-JSS |
| EXETER FINANCE CORPORATION, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Aprille Elkington ("Plaintiff") and defendant Exeter Finance Corporation ("Defendant") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses. This Joint Stipulation of Dismissal concludes this matter in its entirety.

Respectfully submitted this 7th day of October, 2015.

/s/ Octavio Gomez, Esq. (with permission)
Octavio Gomez, Esq.
Florida Bar No.: 0338620
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4725
TGomez@forthepeople.com

Attorney for Plaintiff
Aprille Elkington

/s/ *Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis, Esq.
Florida Bar No.: 0906751
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
jsimms-petredis@burr.com
flservice@burr.com, anolting@burr.com

Attorneys for Defendant
Exeter Finance Corporation